UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DILLON MULLINS et al,

Plaintiffs,

v. CASE NO. 8:25-cv-02637-SDM-AAS

THE MICHAELS ORGANIZATION LLC, et al,

Defendants.
_________________________________/

**ORDER**

In a 218-page complaint, forty-four households comprising more than one hundred persons sue (Doc. 1) seven corporate defendants for statutory and common-law violations allegedly arising from the condition of housing at MacDill Air Force Base. The defendants move (Doc. 22) to dismiss and assert that three of the named defendants are dissolved entities whose successor-in-interest is MMS Air Force, LLC, and that a fourth defendant is not affiliated with MacDill Air Force Base. (Doc. 22 at 6) In response (Doc. 25), the plaintiffs fail to contest these assertions. Accordingly, the claims against MMS; MMS, LLC; Interstate; and Michael's Military Housing, LLC, are DISMISSED WITHOUT PREJUDICE.

No later than JANUARY 16, 2026, the plaintiffs may file an amended complaint not exceeding 75 pages, exclusive of exhibits and signature pages. In any amended complaint, the plaintiffs must (1) in the case caption, name the plaintiffs as "DILLON MULLINS, et al" and the defendants as "THE MICHAELS ORGANIZATION, LLC, et al"; (2) outside the caption, the plaintiffs must refer to the

plaintiffs as "the plaintiffs" and to the defendants as "the defendants," unless necessary to identify a particular person or entity; (3) plead allegations of fact common to all households once only; (4) allege facts (rather than conclusions) specific to an individual household concisely and only if necessary; and (5) to the extent the plaintiffs elect to plead a claim against any defendant dismissed by this order, state the specific factual and legal basis for including each such defendant in the action.

ORDERED in Tampa, Florida, on December 30, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE